STATE OF NEW JERSEY v. RONALD WILLIAMS.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD MUNIZ.

July 14, 1981.

Petition for certification denied.

COMPLEX ONE, INC. v. JAMES T. SWIFT.

July 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CARMEN MICHAEL LA BRUNO.

July 14, 1981.

Petition for certification denied.